IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARGARET RUFFIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 04-0736-P-M |
| ) | |
| CITIFINANCIAL, a corporation, ) | |
| ) | |
| Defendant. ) | |

ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and the Report and Recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(1)(B) and dated April 25, 2005 (doc.16), is hereby ADOPTED as the opinion of this court.

Accordingly, it is ORDERED that plaintiff's Motion to Remand or, in the alternative, Motion to Dismiss (doc.6), be and is hereby DENIED.

DONE this 9th day of June, 2005.

    S/Virgil Pittman
    SENIOR UNITED STATES DISTRICT JUDGE